No. A–1140. HART, A MINOR, BY HART, ET AL. *v.* COMMUNITY SCHOOL BOARD OF BROOKLYN, NEW YORK, SCHOOL DISTRICT 21, ET AL. Application to vacate order of the United States Court of Appeals for the Second Circuit and to reinstate judgment of the United States District Court for the Eastern District of New York, presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied.

No. A–1157. SEVERSON ET AL. *v.* ROEMER, COMMISSIONER OF TAXATION OF MINNESOTA, ET AL. Sup. Ct. Minn. Application for stay of implementation of Minnesota Tax Credit-Payment Act, Minn. Stat. §§ 290.086 and 290.087 (Supp. 1974), presented to MR. JUSTICE BLACKMUN, and by him referred to the Court, denied. MR. JUSTICE DOUGLAS would grant the stay.

No. 73–6033. ROE ET AL. *v.* NORTON, COMMISSIONER OF WELFARE. Appeal from D. C. Conn. [Probable jurisdiction noted, 415 U. S. 912.] Motion of children of appellants for leave to proceed further herein *in forma pauperis* granted.

No. 73–6589. SAYLES *v.* SIRICA, U. S. DISTRICT JUDGE, ET AL. Motion for leave to file petition for writ of mandamus and other relief denied.

No. 73–1573. WITHROW ET AL. *v.* LARKIN. Appeal from D. C. E. D. Wis. Probable jurisdiction noted. █